## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Morrow, et al

        Plaintiffs,                Civil 08-409 (PAM/JSM)

v.

                                 **ORDER OF DISMISSAL**

Ameriquest Mortgage Company, et al

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November __7__ , 2008

                                                s/Paul A. Magnuson
                                                Paul A. Magnuson, Judge
                                                United States District Court